FILED

2019 JUL 17  PM 12:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>THOMAS JOHN MADDEN III,<br>  aka "714perv" and<br>    "mdannPedoperv,"<br><br>            Defendant. | No. SACR19-00125 JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(5)(B),<br>(b)(2): Access with Intent to View<br>Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 26, 2018, in Orange County, within the Central District of California, defendant THOMAS JOHN MADDEN III, also known as "714perv" and "mdannPedoperv," knowingly accessed with the intent to view material, namely, a video conferencing website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12

years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 4, 2018, in Orange County, within the Central District of California, THOMAS JOHN MADDEN III, also known as "714perv" and "mdannPedoperv," knowingly accessed with the intent to view material, namely, a video conferencing website, containing at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office

3